October 7, 2021

**VIA E-MAIL**

Hon. Becky R. Thorson
United States District Court for the
District of Minnesota
316 N. Robert Street
St. Paul, MN 551010

Re:     *Syngenta Seeds, LLC v. Todd Warner et al.*, Civ. No. 20-1428 (ECT/BRT)

Dear Judge Thorson:

      Pursuant to the Court's Sixth Amended Scheduling Order (Dkt. 363), the parties write jointly to inform the Court that on September 23, 2021, the parties held a mediation with the Honorable Thomas Fraser (ret.). The case did not settle.

Respectfully submitted,

s/ *Kerry L. Bundy*
**FAEGRE DRINKER BIDDLE & REATH LLP**
Kerry L. Bundy
Bar Number 266917
Matthew B. Kilby
Bar Number 335083
Jeffrey P. Justman
Bar Number 390413
Bryan K. Washburn
Bar Number 0397733

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Fax: (612) 766 1600
kerry.bundy@faegredrinker.com
matthew.kilby@faegredrinker.com
jeff.justman@faegredrinker.com
bryan.washburn@faegredrinker.com

Matthew E. Burkhart (*pro hac vice*)

s/ *Morgan W. Tovey*
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Morgan W. Tovey (*pro hac vice*)
Kaitlin E. Keohane (*pro hac vice*)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
morgantovey@quinnemanuel.com
kaitlinkeohane@quinnemanuel.com

Ryan Landes (*pro hac vice*)
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
ryanlandes@quinnemanuel.com

**LATHROP GPM**
Loren Hansen (#387812)
500 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone (612) 632-3389

300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-0300
Fax: (317) 237-1000
matthew.burkhart@faegredrinker.com

*Attorneys for Plaintiff Syngenta Seeds,
LLC*

loren.hansen@lathropgpm.com

*Attorneys for Defendant Farmer's
Business Network, Inc.*

s/ *Christopher T. Ruska*
**NILAN JOHNSON LEWIS PA**
Joel Andersen (#0352573)
Daniel J. Supalla (#0387064)
Christopher T. Ruska (#401745)
250 S Marquette Ave
Minneapolis, MN 55401
Telephone: (612) 305-7563
dsupalla@nilanjohnson.com
jandersen@nilanjohnson.com
cruska@nilanjohnson.com

*Attorneys for Defendant Todd Warner*

s/ *Bruce H. Little*
**BARNES & THORNBURG LLP**
Bruce H. Little (#17421X)
Timothy Y. Wong (#0188931)
Autumn C. Gear (#0398236)
225 S. Sixth Street, Suite 2800
Minneapolis, MN 55402-466
Telephone: (612) 367-8765
bruce.little@btlaw.com
twong@btlaw.com
autumn.gear@btlaw.com

*Attorneys for Defendant Joshua Sleper*